UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MELVIN DALE ORANGE

VERSUS

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF
SOCIAL SECURITY

CIVIL ACTION

NO. 15-246-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 14, 2016 (doc. no. 14) to which no objection has been filed.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Commissioner's decision is AFFIRMED and the plaintiff's appeal is DISMISSED with prejudice.

Baton Rouge, Louisiana, this 25th day of July, 2016.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA